**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                    NO. 4:08CR00139-006 SWW

RICKY CARPER

<u>ORDER</u>

Defendant appeared for a hearing before this Court on July 24, 2009, and entered a plea of guilty to Count 1 of the indictment at which time, counsel for the defendant requested that the defendant be allowed to remain on bond pending sentencing.  After arguments of defense counsel and no objection by the government, the Court found that there are exceptional circumstances, pursuant to 18 U.S.C. §3145, to allow defendant to remain on conditions of release and that such conditions should be modified.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include a special condition of home detention with electronic monitoring.  The cost of such monitoring shall be paid by the United States Probation Office.

IT IS SO ORDERED this 28th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE